## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOSHUA JAMES and**
**CARL ASHLEY,**                                                                    **PLAINTIFF**

**v.**                          **CASE NO. 3:11CV00090 BSM/JJV**

**JACK MCKANN; CRAIGHEAD**
**COUNTY JAIL; and CHADWICK,**
**Officer, Craighead County Jail,**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering this document and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff Carl Ashley is dismissed without prejudice from this action.

Dated this 17th day of August 2011.


_____
UNITED STATES DISTRICT JUDGE