# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOSHUA JAMES,**                                                               **PLAINTIFF**

**v.**                 **CASE NO. 3:11CV00090 BSM/JJV**

**JACK MCKANN; CRAIGHEAD COUNTY**                 **DEFENDANTS**
**JAIL; and CHADWICK, Officer,**
**Craighead County Jail**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Joshua James's complaint [Doc. No. 1] should be DISMISSED with prejudice as legally frivolous.

2. Dismissal of James's complaint constitutes a strike within the meaning of 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

Dated this 6th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE