# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOSHUA JAMES,**                                                  **PLAINTIFF**

**v.**            **CASE NO. 3:11CV00090 BSM/JJV**

**JACK MCKANN; CRAIGHEAD COUNTY**           **DEFENDANTS**
**JAIL; and CHADWICK, Officer,**
**Craighead County Jail**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered not in good faith.

IT IS SO ORDERED this 6th day of October 2011.

_____
UNITED STATES DISTRICT JUDGE